UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
0:13-cv-62735-JIC

DANIELLE HOLLENSHADE, individually,
     Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC., a foreign corporation,
     Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff DANIELLE HOLLENSHADE and Defendant RETRIEVAL MASTERS CREDITORS BUREAU, INC. hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff as against RETRIEVAL MASTERS CREDITORS BUREAU, INC., and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim against RETRIEVAL MASTERS CREDITORS BUREAU, INC., and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 14th day of March, 2014.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 280690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of March, 2014, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this date via U.S. mail and/or some other authorized manner for those

counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic

Filing.

<div style="margin-left: 40%;">

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
Bret L. Lusskin, Esq.
Florida Bar No. 28069

</div>