UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62735-CIV-COHN/SELTZER

DANIELLE HOLLENSHADE, individually,

    Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC., a foreign corporation,

    Defendant.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Notice of Settlement and Stipulation for Dismissal With Prejudice [DE 13] ("Stipulation").  The Court has reviewed the Stipulation and is otherwise advised in the premises.  In accordance with the Stipulation, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs, except as otherwise agreed. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of April, 2014.

                                                          */s/ James I. Cohn*
                                                         JAMES I. COHN
                                                         United States District Judge

Copies provided to counsel of record via CM/ECF